No. 830.   LOCAL 25, MARINE DIVISION, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL–CIO, ET AL. *v.* AMERICAN DREDGING CO.   C. A. 3d Cir.   Certiorari denied.   *Marshall J. Seidman* for petitioners.   *Herman Lazarus* and *Harvey B. Levin* for respondent.

No. 356, Misc.   JOHNSON *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 591, Misc.   KIRK *v.* SANTO, JUDGE, ET AL.   Sup. Ct. Colo.   Certiorari denied.   Petitioner *pro se.*   *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *James W. Creamer, Jr.,* Assistant Attorney General, for respondents.

No. 635, Misc.   JACKSON *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Michael A. Schuchat* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 655, Misc.   ERVING *v.* SIGLER, WARDEN.   Dist. Ct. Lancaster County, Neb.   Certiorari denied.

No. 757, Misc.   KREPEL *v.* CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 807, Misc.   LOCKHART *v.* MYERS, CORRECTIONAL SUPERINTENDENT.   Sup. Ct. Pa.   Certiorari denied.   Petitioner *pro se.*   *Joseph M. Smith* and *James C. Crumlish, Jr.,* for respondent.